# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA BAILEY

VERSUS

THE VILLAGE AT WINDERMERE,
L.L.C., THE HAVEN II,
L.L.C., AND JENN'S ANGEL'S,
L.L.C.

NO.  2021 CW 0465

**JULY 30, 2021**

---

In Re:    The Haven II, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 690831.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**GH**

**Hester, J.**, dissents.  I would reverse the district court's ruling that denied the exception of prematurity filed by defendant, The Haven II, LLC.  After a *de novo* review, I conclude plaintiff's claim sounds in malpractice and thus falls within the provisions of the Louisiana Medical Malpractice Act, La. R.S. 40:1299.41, *et seq.*  Accordingly, the claim should be presented to a Medical Review Panel before the district court suit can proceed.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT